1

To Clerk:

I have a complain
at Eden Detention Center their
medical services almost cost
me my life. I had a
very nasty, distrubing cough
since April at last year
I complain and fill-out
sick call and they will
see me and say I didn't
have anything the provider's,
doctors and nurses fill
one day they tested me
for (TB) tuberculocis and
I came out positive that
was very depressing and
they isolated me for 2
months from 10/12/23 to
12/20/23 they put my
life at risk and my
fellow-inmates too. They
were in quaratine for
almost a month cost
them their visitation
privilleges and me my
health and moral feelings
that I was contaminated

FILED - USDC - NDTX - SA
JAN 8'24 PM 2:37

2

I felt very bad what could I tell my family until they found-out by me. So my intentions are to sue Eden Detention Center, CoreCivic for compensation because they didn't care for my and inmates well-being I mean our physical health this disease is very contagious and it kills human-beings. So please look into my situation this can not be happening in this kind of facilities. The U.S.A. Government pays premium top dollar for our attentions and well-being they just don't care for us, we are humans, man not animals. So please look into my dificult situation. Their medical services plainly is very poor very very. I beg you

to help me in this situation.
I'm now in the Dorm Echo
where all this happened.
I'm hoping to hear from
you soon. I got wittnesses
that are willing to testify
on my behalf because ~~~~
their actions were wrong.
I'm a human being. God
Bless you please help me.
Here are some copies of the
sick calls I filled out
to request the medical
attention. Thank you!!

Carlos Arias Herrera vm# 99394279
Eden Detention Center
P.O. Box 1617
'den, Texas 76837



Legal mail

US POSTAGE
ZIP 76837  $ 002.55
02 4W
0000366639 JAN 05 2024



RECEIVED

JAN - 8 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Clerk    X-RAY

United States District Court
Northern District of Texas
33 East Twohig, Room 202
San Angelo, Texas 76903