UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| CARLOS ARIAS HERRERA, Institutional ID No. 99394-279 | § § § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO.  6:24-CV-00003-C |
| EDEN DETENTION CENTER, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER TRANSFERRING THE CASE TO THE
## UNITED STATES MAGISTRATE JUDGE

Plaintiff, acting pro se, filed a civil-rights complaint.  After an initial review under 28 U.S.C. § 1915, the Court is of the opinion that this case should be transferred to the docket of the Honorable John R. Parker, United States Magistrate Judge, for further proceedings.  This case will now be numbered Civil Action No. 6:24-CV-00003-BU.

The Magistrate Judge shall conduct a hearing under the authority of *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985).  If the Magistrate Judge determines that it would not be feasible to conduct a *Spears* hearing, the Magistrate Judge shall use a questionnaire to develop the factual basis of Plaintiff's complaint under the authority of *Watson v. Ault*, 525 F.2d 886 (5th Cir. 1976).

The court notes that Plaintiff filed a form consenting to proceed before the Magistrate Judge dated January 11, 2024.  Therefore, subject to the consent of each Defendant, the Magistrate Judge is designated to exercise jurisdiction to conduct any and all proceedings as provided in 28 U.S.C. § 636(c), to conduct the trial of the case, and to order the entry of judgment in the case.  *See Neals v. Norwood*, 59 F.3d 530 (5th Cir. 1995).  Any consent received from a defendant will be filed and docketed by the Clerk upon receipt.  Any appeal from the judgment of the Magistrate Judge shall be to the Court of Appeals as provided by 28 U.S.C. § 636(c)(3).

The Magistrate Judge shall order the transfer of this case back to the docket of this Court and file proposed findings of fact, conclusions of law, and recommendations for the disposition of the case under 28 U.S.C. § 636(b)(1) within 365 days from the date of this order if a Defendant appears or is served and does not consent to proceed before the Magistrate Judge.

So ordered.

Dated January 23, 2024.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE