IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| CARLOS ARIAS HERRERA, <br> INSTITUTIONAL ID No. 99394-274 <br><br> Plaintiff, <br><br> v. <br><br> EDEN DETENTION FACILITY, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § § | Civil Action No. 6:24-CV-00003-BU |

## **JUDGMENT**

In accordance with the Order issued this same day, it is the judgment of this Court that Plaintiff Carlos Arias Herrera's Amended Complaint, and all claims alleged therein, are DISMISSED with prejudice under 28 U.S.C. §§ 1915(e)(2)(B) as frivolous and for failure to state a claim on which relief may be granted.

ORDERED this 14th day of February, 2024.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE

1